# SAPONE & PETRILLO, LLP

William S. Petrillo, Esq., Partner                                        Chase S. Ruddy, Esq., Senior Associate
Edward V. Sapone, Esq., Partner

MANHATTAN                                                                   LONG ISLAND
1 Penn Plaza, Suite 5315                                          1103 Stewart Avenue, Suite 200
New York, New York 10119                                        Garden City, New York 11530
Telephone: (212) 349-9000                                         Telephone: (516) 678-2800
Facsimile: (212) 349-9003                                          Facsimile: (516) 977-1977
E-mail: ed@saponepetrillo.com                              E-mail: william@saponepetrillo.com

*BY ECF*

August 6, 2018

Honorable Anne Y. Shields
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

            Re:      *United States v. Christopher McCoy*
                     Case No. 17-MJ-674

Dear Judge Shields:

        I am retained counsel to Defendant Chris McCoy in the above-referenced case. I write to respectfully request permission for Mr. McCoy to travel to the Middle District of Pennsylvania from August 8-9, 2018.

        Mr. McCoy would be traveling with his wife and three children on an overnight trip to Hershey, Pennsylvania. If permitted to travel, they would stay overnight at the Hershey Lodge, 325 University Drive, Hershey, PA 17033. Because they are traveling by car, Mr. McCoy is also requesting permission to travel through those points between the Eastern District of New York, and the Middle District of Pennsylvania.

        By way of background, on July 27, 2017, Mr. McCoy surrendered himself and was arraigned on the above-referenced Complaint, which charges him with deprivation of rights under color of law, in violation of 18 U.S.C. §§242 and 2246.  On that date (and on consent of the Government), Mr. McCoy was released on a $500,000 personal recognizance bond, co-signed by his father.

        Pretrial Services, by Officer Donna Mackey, does not object to this request. Efforts were made to secure the government's position on this request, but to date, we have not received a response.

Your Honor's consideration is greatly appreciated.

Respectfully submitted,

S/ *Edward V. Sapone*
Edward V. Sapone

cc:     A.U.S.A. Lara Gatz
        P.S.O. Donna Mackey